IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKY BEAUTY, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> GLAM AND GLITS NAIL DESIGN, INC., DBA KIARA SKY PROFESSIONAL NAILS, <br><br> *Defendant*. | Civil Action No. 3:16-cv-03729-FLW-LHG |

### NOTICE OF APPEARANCE BY JONATHAN SHORT

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Defendant Glam & Glits Nail Design, Inc.  The undersigned hereby certifies that he is admitted to practice before this court.

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

Dated: July 15, 2016

s/Jonathan Short
Jonathan Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Counsel for Defendant*
*Glam & Glits Nail Design, Inc.*

**E-mail: jshort@mccarter.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2016, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.


By: s/ Jonathan Short
Jonathan Short