## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKY BEAUTY, LLC,<br><br>        *Plaintiff*,<br><br>  v.<br><br>GLAM AND GLITS NAIL DESIGN, INC.,<br>DBA KIARA SKY PROFESSIONAL<br>NAILS,<br><br>        *Defendant*. | Civil Action No. 3:16-cv-03729-FLW-LHG |

### NOTICE OF APPEARANCE BY RAVIN R. PATEL

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

     **PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for

Defendant Glam & Glits Nail Design, Inc.  The undersigned hereby certifies that he is admitted

to practice before this court.

                         Respectfully submitted,

                         **McCARTER & ENGLISH, LLP**

Dated: July 15, 2016             s/Ravin R. Patel
                         Ravin R. Patel
                         McCARTER & ENGLISH, LLP
                         Four Gateway Center
                         100 Mulberry Street
                         Newark, New Jersey 07102
                         (973) 622-4444

                         *Counsel for Defendant*
                         *Glam & Glits Nail Design, Inc.*

**E-mail: rpatel@mccarter.com**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2016, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.


By:  s/ Ravin R. Patel
Ravin R. Patel